UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZENITH LABORNET, INC., a Georgia corporation; and HANOVER INSURANCE COMPANY,<br><br>　　　　Defendant, | 2:09-cv-2354-RLH-RJJ<br><br><br>O R D E R |

　　　This matter was referred to the undersigned Magistrate Judge on an Ex Parte Emergency Motion to Stay Proceedings (#19).

　　　The Court having reviewed the Ex Parte Motion (#19) and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the Ex Parte Emergency Motion to Stay Proceedings (#19) is GRANTED.

　　　IT IS FURTHER ORDERED that this case is stayed for sixty (60) days, to and including November 9, 2010.

　　　IT IS FURTHER ORDERED that status reports regarding the status of defendant's counsel shall be filed on October 7, 2010, and November 5, 2010.

　　　IT IS FURTHER ORDERED that the Court finds the Order (#18) Scheduling an Early

. . . .

1  Neutral Evaluation hearing was entered in error in this case. Therefore, the ENE Order (#18) is
2  VACATED.
3        DATED this  9th  day of September, 2010.

                                                                ROBERT J. JOHNSTON
                                                                United States Magistrate Judge